B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**307 East, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Paddy McGee's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-4687315** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**307 East Atlantic Avenue**<br>**Delray Beach, FL**<br>ZIP Code **33483** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion |

More than $1 billion

B1 (Official Form 1)(4/10)                                                                                           **Page 2**

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **307 East, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **S.D. Florida - West Palm Beach Division (involuntary)** | Case Number: **10-36079-PGH** | Date Filed: **8/31/10** |
|---|---|---|
| Location Where Filed: | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)** Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **307 East, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Grace E. Robson**
Signature of Attorney for Debtor(s)

**Grace E. Robson 0178063**
Printed Name of Attorney for Debtor(s)

**Hough Robson, PL**
Firm Name

**2450 Hollywood Boulevard, Suite 706**
**Hollywood, FL 33020**

Address

**954.239.4760  Fax: 954.239.4761**
Telephone Number

**October 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Silvio Spallone**
Signature of Authorized Individual

**Silvio Spallone**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 13, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Silvio Spallone, declare under penalty of perjury that I am the Manager by designation of

307 East LLC, a Florida limited liability company (the "Company"), and that on October 11, 2010,

the following resolution was adopted by the Company:

"Resolved, that Silvio Spallone, acting by designation of Cindy Spallone, Manager, is
hereby authorized and directed to execute on the behalf of 307 East LLC any documents
necessary to commence a Chapter 11 case in the United States Bankruptcy Court for the
Southern District of Florida; and

Be It Further Resolved, that Silvio Spallone, is hereby authorized and directed to execute
and file all necessary documents and to take any further action deemed necessary and
appropriate to effectuate the foregoing resolutions; and

Be It Further Resolved, that Silvio Spallone, is authorized and directed to appear in all
bankruptcy proceedings and matters on behalf of 307 East LLC, and to otherwise do and
perform all acts and deeds and to execute and deliver all necessary documents on behalf
of 307 East LLC in connection with such bankruptcy case; and

Be It Further Resolved, that Silvio Spallone, as Senior Manager, is authorized and
directed to employ **Grace E. Robson**, attorney and the law firm of **Hough Robson, PL**
to represent 307 East LLC in such bankruptcy case."

Dated: October 11, 2010

307 East LLC

By: _____

Silvio Spallone, Manager by designation

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **307 East, LLC**                                                Case No. _____

                                            Debtor(s)                     Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **270 E. Atlantic Ave Delray Beach, LLC**<br>**270 East Atlantic Avenue**<br>**Delray Beach, FL 33483** | **270 E. Atlantic Ave Delray Beach, LLC**<br>**270 East Atlantic Avenue**<br>**Delray Beach, FL 33483** | **loan** | | **55,000.00** |
| **Automated Air Conditioning**<br>**15900 Boeing Court**<br>**Wellington, FL 33414** | **Automated Air Conditioning**<br>**15900 Boeing Court**<br>**Wellington, FL 33414** | | | **1,037.00** |
| **Blue Heron Construction, LLC**<br>**16073 Brier Creek Drive**<br>**Delray Beach, FL 33446** | **Blue Heron Construction, LLC**<br>**16073 Brier Creek Drive**<br>**Delray Beach, FL 33446** | | | **27,450.00** |
| **Clean Co.**<br>**7108 Beracasa Way**<br>**Suite 200**<br>**Boca Raton, FL 33433** | **Clean Co.**<br>**7108 Beracasa Way**<br>**Suite 200**<br>**Boca Raton, FL 33433** | | | **452.00** |
| **Ed Carey Designs**<br>**2600 High Ridge Road**<br>**Boynton Beach, FL 33426** | **Ed Carey Designs**<br>**2600 High Ridge Road**<br>**Boynton Beach, FL 33426** | | | **1,193.00** |
| **Florida Power & Light Company**<br>**PO Box 025576**<br>**Miami, FL 33102** | **Florida Power & Light Company**<br>**PO Box 025576**<br>**Miami, FL 33102** | | | **4,991.00** |
| **Florida Public Utilities**<br>**PO Box 3395**<br>**West Palm Beach, FL 33402** | **Florida Public Utilities**<br>**PO Box 3395**<br>**West Palm Beach, FL 33402** | | | **2,354.00** |
| **Global Premiums**<br>**18500 NE 5th Ave**<br>**Second Floor**<br>**N. Miami Beach, FL 33179** | **Global Premiums**<br>**18500 NE 5th Ave**<br>**Second Floor**<br>**N. Miami Beach, FL 33179** | | | **3,462.00** |
| **Stearns Weaver Miller et al.**<br>**200 East Las Olas Bouelvard**<br>**Suite 2100**<br>**Fort Lauderdale, FL 33301** | **Stearns Weaver Miller et al.**<br>**200 East Las Olas Bouelvard**<br>**Suite 2100**<br>**Fort Lauderdale, FL 33301** | **Legal Fees** | | **25,857.00** |
| **W-K Investments, Inc.**<br>**1313 East Las Olas Boulevard**<br>**Fort Lauderdale, FL 33301** | **W-K Investments, Inc.**<br>**1313 East Las Olas Boulevard**<br>**Fort Lauderdale, FL 33301** | **Promissory Note ($90,000)**<br>**Rent ($10,600)** | | **110,600.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **307 East, LLC**                                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 13, 2010**                    Signature    **/s/ Silvio Spallone**
_____         _____
                                          **Silvio Spallone**
                                          **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **307 East, LLC**

Debtor ,

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Delray Restaurant Group, LLC** | | | **50% Member** |
| **Vista Pointe, LLC** | | | **50% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 13, 2010**_____        Signature_**/s/ Silvio Spallone**_____

**Silvio Spallone**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

270 E. Atlantic Ave Delray Beach, LLC
270 East Atlantic Avenue
Delray Beach, FL 33483


Automated Air Conditioning
15900 Boeing Court
Wellington, FL 33414


Blue Heron Construction, LLC
16073 Brier Creek Drive
Delray Beach, FL 33446


BUI Managment, LLC
41 North 2d Street
Philadelphia, PA 19106


Clean Co.
7108 Beracasa Way
Suite 200
Boca Raton, FL 33433


Ed Carey Designs
2600 High Ridge Road
Boynton Beach, FL 33426


Florida Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Power & Light Company
PO Box 025576
Miami, FL 33102


Florida Public Utilities
PO Box 3395
West Palm Beach, FL 33402


Global Premiums
18500 NE 5th Ave
Second Floor
N. Miami Beach, FL 33179

IRS
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114


IRS - Plantation
7850 S.W. 6TH Court
Plantation, FL 33324


Palm Beach County - Tax Collector
POB 3715
West Palm Beach, FL 33402-3715


Queensboro Management, Inc.
244 Linden Bouelvard
Elmont, NY 11003


Stearns Weaver Miller et al.
200 East Las Olas Bouelvard
Suite 2100
Fort Lauderdale, FL 33301


W-K Investments, Inc.
1313 East Las Olas Boulevard
Fort Lauderdale, FL 33301


W-K Investments, Inc.
2701 Acqua Vista Boulevard
Fort Lauderdale, FL 33301